UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Michael Stafford,<br><br>    Plaintiff<br><br>v.<br><br>Mandalay Bay, LLC,<br><br>    Defendant | Case No.: 2:24-cv-01056-JAD-DJA<br><br>**Order Denying Request for Entry of Clerk's Default Against Non-Defaulted Defendant**<br><br>[ECF No. 20] |

In this employment-discrimination suit, pro se plaintiff Michael Stafford has filed an application for entry of a default against defendant Mandalay Bay, LLC. In a sworn statement, he represents that the defendant was served with process more than 21 days ago and failed to answer or otherwise respond.[1] But in fact, the defendant filed appeared by filing a motion to dismiss on the 21st day after service[2] and rightfully opposes the entry of default on that basis. Because the defendant is not in default, IT IS ORDERED that the plaintiff's application for clerk's entry of default **[ECF No. 20] is DENIED**. The court will address the pending motion to dismiss in due course.

_____
U.S. District Judge Jennifer A. Dorsey
September 27, 2024

---

[1] ECF No. 20.
[2] ECF No. 17.